WM. A. CHANDLER

VS.

**7677**

No. 7677.

NEW ORLEANS HOMESITE CO..

CHARLES F. CLAIBORNE, JUDGE.

The contract sued upon in this case and the pleadings and evidence are the same as in the case of Werckley vs. N.O. Homesite Co. this day decided and involve the same questions of fact and of law. For the reasons given in said case the judgment herein rendered by the District Judge is affirmed.

Judgment affirmed.